18449.  STRICKLAND *v.* THE STATE.

BROYLES, C. J. 1. The accused was convicted·of being in an intoxicated condition "at a certain place of public gathering and assembly, to wit, the filling-station and store of Cleve Thomas in Calvary, Georgia." Under the evidence adduced the jury were not authorized to find that the filling-station and store in question was a place of public gathering or assembly within the meaning of the statute. It follows that the defendant's conviction was unauthorized, and the court erred in refusing the grant of a new trial.

2. The above-stated ruling being controlling in the case, the other assignments of error are not passed upon.

*Judgment reversed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 16, 1927.

Drunkenness at public assembly; from city court of Cairo—Judge J. Q. Smith. August 22, 1927.

*M. L. Ledford, G. A. Worthy,* for plaintiff in error.

*Jeff A. Pope, solicitor,* contra.

Criminal Law, 16 C. J. p. 1178, n. 63; 17 C. J. p. 203, n. 85, 87.
Drunkards, 19 C. J. p. 797, n. 31, 32; p. 798, n. 33; p. 802, n. 17.